HEATHER E. WILLIAMS, #122664
Federal Defender
ANDRAS FARKAS, Bar #254302
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
CODY R. PARKER DEPRIEST

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:12-mj-0079 SKO |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE REVIEW HEARING** |
| vs. | DATE: April 3, 2014 |
| CODY R. PARKER DEPRIEST, | TIME: 10:00 a.m. |
| Defendant. | JUDGE: Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the review hearing in the above-captioned matter now set for October 10, 2013, may be continued to April 3, 2014, at 10:00 A.M.

Mr. DePriest has complied with the recommended service requirement and states that he has been mailing regular restitution payments. The government cannot confirm that payments have been made due to the government shutdown. The requested continuance will conserve time and resources for both counsel and the court. Special Assistant United States Attorney Elliott C. Montgomery has no objection to this request.

///

-1-

|  |  |  |
|---|---|---|
|  |  | Respectfully submitted, |
|  |  | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: October 8, 2013 | By: | /s/ Elliott C. Montgomery<br>ELLIOTT MONTGOMERY<br>Special Assistant United States Attorney<br>Attorney for Plaintiff |
|  |  | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: October 8, 2013 | By: | /s/ Andras Farkas<br>ANDRAS FARKAS<br>Assistant Federal Defender<br>Attorney for Defendant<br>Cody R. Parker DePriest |

IT IS SO ORDERED.

Dated: **October 9, 2013**

_____
UNITED STATES MAGISTRATE JUDGE